"KIKWAN"

# United States District Court

S

DISTRICT OF RHODE ISLAND

JEFFREY GEMMA,
on his own behalf and on behalf of
all other similarly situated current
and former employees of the Defendants,
Plaintiff
V.

TOWN AND COUNTRY CREDIT CORP.
and JOSEPH MASELLI
Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 05 298 S

TO: (Name and address of defendant)

JOSEPH MASELLI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles S. Kirwan, Esq.
204 King Phillip Street
Providence, RI 02909

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons ~~upon you, exclusive~~ of ~~the day of service~~. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 7/6/05

Francis C. McCabe

(BY) DEPUTY CLERK

FILED

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10/19/05 |
| NAME OF SERVER *(PRINT)* MICHAEL DEFALCO | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 1930 Smith St. Prov. RI

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

[ ] Returned unexecuted: ______

[ ] Other *(specify)*: ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 35- | 35- |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/19/05
*Date*

Michael DeFalco
*Signature of Server*

35 Waveland St. Johnston, RI
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.