UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JEFFREY GEMMA, on his own behalf and on behalf of all other similarly situated current and former employees of the Defendants, Plaintiff | : | |
| vs. | : | C.A. No. 05-298S |
| TOWN AND COUNTRY CREDIT CORP. and JOSEPH MASELLI Defendant | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter our appearance on behalf of defendants, Town and Country Credit Corp. and Joseph Masselli.

TOWN AND COUNTRY CREDIT CORP. and
JOSEPH MASELLI

By their Attorneys,

Michael F. Kraemer (#6751)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
Phone: 401-274-2000
Fax: 401-277-9600

Dated: November 4, 2005

CLERK
2005 NOV -4 PM 4:13
FILED
SIXTH DIVISION
DISTRICT COURT

CERTIFICATION

Charles S. Kirwan, Esq.
Charles S. Kirwan & Associates
204 King Phillip Street
Providence, Rhode Island 02909

I hereby certify that I mailed a copy of the within Entry of Appearance to the above-named counsel on the 4th day of November 2005.

Linda S. Guastello

#681926v1