UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JEFFREY GEMMA, on his own behalf and on behalf of all other similarly situated current and former employees of the Defendants, Plaintiff | : | |
| vs. | : | C.A. No. 05-298S |
| TOWN AND COUNTRY CREDIT CORP. and JOSEPH MASELLI Defendant | : | |

STIPULATION

It is hereby agreed by and between plaintiff and defendants, by their undersigned counsel, that defendants shall have an extension of time until December 23, 2005 within which to respond to plaintiff's complaint.

JEFFREY GEMMA, on his own behalf
and on behalf of all other similarly situated
current and former employees of the Defendants,

By his Attorneys

Charles S. Kirwan, Esq. (#4050)
Charles S. Kirwan & Associates
204 King Phillip Street
Providence, Rhode Island 02909
(401) 272-6800
(401) 272-6875 (Fax)

Dated: December 1, 2005

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 12/8/05

TOWN AND COUNTRY CREDIT CORP. and
JOSEPH MASELLI

By their Attorneys,

Michael F. Kraemer (#6751)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
Phone: 401-274-2000
Fax: 401-277-9600

Dated: November 30, 2005

APPROVED:

________________________________

Dated:____________________________

#681934v1