UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JEFFREY GEMMA, on his own behalf and on behalf of all other similarly situated current and former employees of the Defendants, Plaintiff | : | |
| vs. | : | C.A. No. 05-298S |
| TOWN AND COUNTRY CREDIT CORP. and JOSEPH MASELLI, Defendant | : | |

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Defendant, Town and Country Credit Corp., hereby move that Arthur Chinski be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes:

  labor and employment law.

- Pro Hac Vice counsel is the corporate defendant's regular labor counsel and represents defendant in other FLSA matters.

TOWN AND COUNTRY CREDIT CORP.

By its Attorneys,

[signature]

Michael F. Kraemer (#6751)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
Phone: 401-274-2000
Fax: 401-277-9600

Dated: December 14, 2005

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State of California and the federal district court bar of the United States District Court for the District of Central California without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: None.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court, as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case, I have associated with local associate counsel identified below and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| Arthur Chinski, Esq. | Michael F. Kraemer, Esq. (#6751) |
| Buchalter Nemer | Hinckley, Allen & Snyder LLP |
| Firm Name | Firm Name |
| 1000 Wilshire Blvd., Suite 1500 | 1500 Fleet Center |
| Los Angeles, California 90017-2457 | Providence, Rhode Island 02903 |
| Business Address | Business Address |
| (213) 891-0700 | (401) 457-5196 |
| Telephone Number | Telephone Number |
| (213) 896-0400 | (401) 457-5197 |
| Fax Number | Fax Number |

**ORDER:** This motion is hereby ______________________________.

______________________________
U.S. District Judge

Date:______________________________



BNFY 735986v1

**CERTIFICATION**

To:

Charles S. Kirwan, Esq.
Charles S. Kirwan & Associates
204 King Phillip Street
Providence, Rhode Island 02909

I certify that I mailed a copy of the within Motion for Entry of Appearance pro hac vice to counsel of record, as set forth above, on December 14, 2005.

Linda S. Guastello

#682700v1 (58958/126801)



BNFY 735986v1