UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JEFFREY GEMMA, on his own behalf and on behalf of all other similarly situated current and former employees of the Defendants, Plaintiff

vs. C.A. No. 05-298S

TOWN AND COUNTRY CREDIT CORP. and JOSEPH MASELLI, Defendant

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Defendant, Town and Country Credit Corp., hereby moves that Arthur Chinski, Esq. be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which Mr. Chinski specializes: Wage and Hour (FLSA) Law.
- Mr. Chinski's long-standing representation of the client, Town and Country Credit Corp.
- The case requires extensive discovery in a foreign jurisdiction convenient to Mr. Chinski, as follows: Certain witnesses are located in California.

TOWN AND COUNTRY CREDIT CORP.
By its Attorneys,

Michael F. Kraemer (#6751)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
Phone: 401-274-2000
Fax: 401-277-9600

Dated: January 30, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of California and of the following Federal District Court and/or Court of Appeals Bar(s) U.S.D.C. (Central District of CA), 9th Cir. Ct. of Appeals, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| Arthur Chinski | Michael F. Kraemer |
| Name | Local Associate Counsel |
| | #6751 |
| | R.I. Bar ID # |
| Buchalter Nemer | Hinckley, Allen & Snyder LLP |
| Firm Name | Firm Name |
| 1000 Wilshire Blvd., Ste. 1500 | 1500 Fleet Center |
| Business Address | Business Address |
| Los Angeles, CA 90017 | Providence, Rhode Island 02903 |
| ~~(213)~~ 891-5060 Tel. # | ~~(401)~~ 457-5196 Tel. # |
| ~~(213)~~ 896-0400 Fax # | ~~(401)~~ 457-5197 Fax # |

---

**Order :** This motion is hereby ________________.

____________________
U.S. District Judge
Date: ________________

*pro hac vice motion (rev.3/05)*

CERTIFICATION

Charles S. Kirwan, Esq.
Charles S. Kirwan & Associates
204 King Phillip Street
Providence, Rhode Island 02909

I hereby certify that I mailed a copy of the within Motion for Entry of Appearance Pro Hac Vice to the above-named counsel on the 30th day of January 2006.

#687570v1 (58958/126801)

**RECEIPT**

DATE 12-14-05

NO. 4252

RECEIVED FROM Hinckley Allen Snyder

ADDRESS PVD

DOLLARS $ 5.00

FOR CA 05-298

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | | |
| AMT. PAID | | | CHECK | ✓ | |
| BALANCE DUE | | | MONEY ORDER | | |

BY