FILED
MAY 0 3 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JEFFREY GEMMA

v. C.A. No. 05-298S

TOWN AND COUNTRY CREDIT CORP.
and JOSEPH MASELLI

PLAINTIFF'S UNOBJECTED-TO MOTION TO EXTEND BRIEFING SCHEDULE

NOW COMES Plaintiff, by and through his undersigned attorney, and pursuant to Rules 1 and 6(b)(1) of the Federal Rules of Civil Procedure, and Rules 101(e) and 7 of the Local Rules of this Court, hereby respectfully requests that this Honorable Court allow a brief extension for the filing of the parties' opposing briefs concerning the arbitrability of the matters raised in the complaint. The Court ordered the filing of briefs on or before May 8, 2006. Reply briefs were to be filed ten days thereafter.

Plaintiff's undersigned counsel respectfully requests that the deadline for the filing of the initial briefs be extended until May 23, 2006. The Defendants, while prepared to conform to the Court's initial briefing schedule, have agreed to interpose no objection to the postponement requested herein.

In support of this extension request, Plaintiff cites the mandate in Rule 1 of the Federal Rules of Civil Procedure, as reinforced by the similar text of Local Rule 101 (e), that the Rules "shall be construed and administered to secure the just, speedy, and inexpensive determination of every action." The exchange of pertinent information between the parties has been limited. Efforts are on-going to expand and facilitate the exchange of critical information. In addition, from the Plaintiff's perspective, the requested extension will limit the expenditure of attorneys'

GRANTED
William E. Smith
U.S. District Judge
5/5/06

fees, may preclude the need for the filing of the ordered briefs, and possibly may result in the prompt disposition of this action.

Wherefore, Plaintiff, by and through his undersigned counsel, respectfully requests that this Honorable Court grant the requested briefing extension to May 23, 2006.

Respectfully submitted,

PLAINTIFF JEFFERY GEMMA

By His Attorneys,

CHARLES S. KIRWAN & ASSOCIATES

Charles S. Kirwan (4050)
204 King Philip Street
Providence, RI 02909
(401) 359-1166
(401) 272-6875 (fax)

**CERTIFICATION**

I hereby certify that on this 3rd day of May 2006 true and complete a copy of the foregoing was transmitted via telecopier and mailed first class postage prepaid to Defendants' following counsel of record in this action: Michael F. Kraemer, Esquire, HINCKLEY, ALLEN & SNYDER, 1500 Fleet Center, Providence, RI 02903