RECEIVED
MAY 18 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JEFFREY GEMMA

v. C.A. No. 05-298S

TOWN AND COUNTRY CREDIT CORP.
and JOSEPH MASELLI

STIPULATION EXTENDING DATE FOR BRIEFING SCHEDULE

Plaintiff and Defendants, by and through their respective undersigned counsel, hereby stipulate and agree, to extend the date for the filing of the parties' respective briefs regarding arbitration issues from May 23, 2006 to June 12, 2006.

STIPULATED AND AGREED TO:

PLAINTIFF JEFFERY GEMMA

By his attorneys,

[signature]

Charles S. Kirwan (# 4050)
Charles S. Kirwan & Associates
204 King Philip Street
Providence, RI 02909
(401) 359-1166
(401) 272-6875 (fax)

Dated: 5/17/06

DEFENDANTS TOWN AND COUNTRY CREDIT CORP. and JOSEPH MASELLI

By their attorneys,

[signature]

Michael F. Kraemer (# 6751)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)

Dated: 5/17/06

SO ORDERED:

[signature]

William Smith
United States District Court Judge

Dated: 5/18/06

**CERTIFICATION**

I hereby certify that on this 17th day of May 2006 a true and complete a copy of the foregoing was hand delivered to Defendants' following counsel of record in this action: Michael F. Kraemer, Esquire, HINCKLEY, ALLEN & SNYDER, 1500 Fleet Center, Providence, RI 02903.