UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED

JUN 08 '06

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JEFFREY GEMMA, on his own behalf and on behalf of all other similarly situated current and former employees of the Defendants,
Plaintiff

vs. C.A. No. 05-298S

TOWN AND COUNTRY CREDIT CORP. and JOSEPH MASELLI
Defendant

STIPULATION OF DISMISSAL

And now, this 8th day of June, 2006, in accordance with Rule 41(a)(1), plaintiff and defendants, by their undersigned counsel, stipulate and agree to the dismissal of the within action, with prejudice, all parties to bear their own costs.

JEFFREY GEMMA, on his own behalf
and on behalf of all other similarly situated
current and former employees of the Defendants,

By his Attorneys

Charles S. Kirwan (#4050)
Charles S. Kirwan & Associates
204 King Phillip Street
Providence, Rhode Island 02909
(401) 272-6800
(401) 272-6875 (Fax)

Dated: June 2, 2006

ENTER WMM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/22/06

TOWN AND COUNTRY CREDIT CORP. AND JOSEPH MASELLI

By their Attorneys,

Michael F. Kraemer (#6751)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
mkraemer@haslaw.com
Phone: 401-274-2000
Fax: 401-277-9600

TOWN AND COUNTRY CREDIT CORP.

By its Attorneys,

A. Chinski / MFK

Arthur Chinski (Pro hac vice)
BuchalterNemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017-2457
achinski@buchalter.com
Phone: 213-891-0700
Fax: 213-896-0400

Dated: June 8, 2006

**CERTIFICATION**

To:

Charles S. Kirwan, Esq.
Charles S. Kirwan & Associates
204 King Phillip Street
Providence, Rhode Island 02909

I hereby certify that on June 5, 2006, a copy of the foregoing was served by mail on the above-referenced counsel.

Linda S. Guastello

#715864(58958/126801)